UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:24–cv–04453–MWF–AJR        Date      July 22, 2024

Title       JARDINE GOUGIS V. DOLEX DOLLAR EXPRESS, INC. ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

          Rita Sanchez                              Not Reported;
        Courtroom Deputy                          Court Reporter

    Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
              None Present                             None Present

**PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT**

    In light of the Default By Clerk entered on July 19, 2024, the Court sets a hearing for Order To Show Cause Re Default Judgment for August 19, 2024 at 11:30 AM. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

    Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

    **IT IS SO ORDERED.**

                                                    Initials of Clerk:  smom